STEPHEN H. TURNER, SB# 89627
   E-Mail: turner@lbbslaw.com
PATRIK JOHANSSON, SB# 231769
   E-Mail: johansson@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

JS - 6

Attorneys for Defendant GC SERVICES LIMITED PARTNERSHIP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| BRADLEY PEARSON,<br><br>    Plaintiff,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>    Defendant. | CASE NO. SACV08-00647 JVS (RNBx)<br><br>ORDER FOR DISMISSAL |

IT IS SO ORDERED THAT:

The above captioned action be and hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: June 2, 2009

_____
Judge of the United States District Court

4816-1278-0291.1

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL